IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company, | ) ) ) ) |
| Plaintiff-Appellant, | ) No. 23-1537 ) ) |
| v. | ) ) |
| NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK & PORTSMOUTH BELT LINE RAILWAY COMPANY, | ) ) ) ) ) |
| Defendants-Appellees. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), Appellant CSX Transportation, Inc. ("CSXT") requests an extension of 30 days, to and including August 10, 2023, to prepare and file its opening brief and the joint appendix in this appeal. In support of this request, CSXT's counsel states as follows:

1. CSXT timely filed a notice of appeal in this matter on May 16, 2023, and this Court docketed the appeal on May 18, 2023.

2. CSXT's opening brief and the joint appendix are currently due on July 11, 2023.

1

3. Counsel for CSXT requires additional time to prepare CSXT's opening brief and the joint appendix. CSXT has retained new lead counsel for the appeal, who will need time to review the voluminous record and prepare the opening brief. Extending the time to prepare the opening brief and joint appendix in this matter to August 10, 2023, would enable lead counsel to become familiar with the record and to balance other professional and personal commitments during this same period.

4. Good cause exists for the extension, and this motion is not made for any improper purpose or delay.

5. This is CSXT's first request for an extension for the opening brief and joint appendix.

6. Counsel for CSXT has conferred with counsel for both Appellees, each of which has indicated that it does not object to this request.

## CONCLUSION

The Court should extend CSXT's deadline for file its opening brief and the joint appendix by 30 days from July 11, 2023 to August 10, 2023.

Dated: June 20, 2023

/s/ Benjamin L. Hatch
Benjamin L. Hatch
Robert W. McFarland
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
T: (757) 640-3700

2

F: (757) 640-3701
bhatch@mcguirewoods.com
rmcfarland@mcguirewoods.com

Charles A. Rothfeld
Evan M. Tager
Michael A. Scodro
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
T: (202) 263-3000
F: (202) 263-5240
crothfeld@mayerbrown.com
etager@mayerbrown.com
mscodro@mayerbrown.com

*Counsel for CSX Transportation, Inc.*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 260 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch

*Counsel for CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch

*Counsel for CSX Transportation, Inc.*
