IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| CSX TRANSPORTATION, INC., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company | ) ) ) ) |
| Plaintiff-Appellee, | ) ) ) |
| v. | ) ) |
| NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK & PORTSMOUTH BELT LINE RAILWAY COMPANY, | ) ) ) ) ) |
| Defendants-Appellants. | ) |

No. 23-1537

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), Appellant CSX Transportation, Inc. ("CSXT") requests an extension of 21 days, to and including August 31, 2023, to prepare and file its opening brief and the joint appendix in this appeal. In support of this request, CSXT counsel states as follows:

1.  CSXT timely filed a notice of appeal in this matter on May 16, 2023, and this Court docketed the appeal on May 18, 2023.

2.  After one 30-day extension, CSXT's opening brief and the joint appendix are currently due on August 10, 2023.

1

3. Counsel for CSXT requires additional time to prepare CSXT's opening brief and the joint appendix. The attorney with primary responsibility for preparing the brief is addressing family medical issues during this period. In addition, that attorney will be presenting an oral argument in the U.S. Court of Appeals for the Eleventh Circuit that has been scheduled for August 22, 2023; he was asked to handle the argument only recently and had no previous involvement in that case. An additional extension of time to prepare the opening brief and joint appendix in this matter to August 31, 2023, therefore would enable lead counsel to fulfill other professional and personal commitments during this same period.

4. Good cause exists for the extension, and this motion is not made for any improper purpose or delay.

5. Counsel for CSXT has conferred with counsel for both Appellees, who have indicated that they do not object to this request.

## CONCLUSION

The Court should extend CSXT's deadline to file its opening brief and the joint appendix by 21 days from August 10, 2023, to August 31, 2023.

Dated: July 21, 2023

/s/ *Charles A. Rothfeld*
Charles A. Rothfeld
Evan M. Tager
Michael A. Scodro
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
T: (202) 263-3000
F: (202) 263-5240
crothfeld@mayerbrown.com
etager@mayerbrown.com
mscodro@mayerbrown.com

Benjamin L. Hatch
Robert W. McFarland
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
T: (757) 640-3700
F: (757) 640-3701
bhatch@mcguirewoods.com
rmcfarland@mcguirewoods.com

*Counsel for CSX Transportation, Inc.*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 296 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Charles A. Rothfeld*
Charles A. Rothfeld

*Counsel for CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

<u>*/s/ Charles A. Rothfeld*</u>
Charles A. Rothfeld

*Counsel for CSX Transportation, Inc.*