FILED: August 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1537
(2:18-cv-00530-MSD-RJK)

_____

CSX TRANSPORTATION, INC., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company

      Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK & PORTSMOUTH BELT LINE RAILWAY COMPANY

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred joint appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, the court grants the motion. The clerk rescinds the current briefing schedule and shall establish a schedule in accordance with this court's FRAP 30(c) procedures.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk