No. 23-1537

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CSX TRANSPORTATION, INC., individually and on
behalf of Norfolk & Portsmouth Belt Line Railroad Company,

*Plaintiff-Appellant*,

v.

NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK &
PORTSMOUTH BELT LINE RAILWAY COMPANY,

*Defendants-Appellees.*

Appeal from Order of the United States District Court
for the Eastern District of Virginia
No. 2:18-cv-0530 (Davis, J.)

## CONSENT MOTION TO AMEND CAPTION

Benjamin L. Hatch
Robert W. McFarland
McGuire Woods, LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Telephone: (757) 640-3700

Charles A. Rothfeld
Evan M. Tager
Carmen N. Longoria-Green
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
crothfeld@mayerbrown.com

Michael A. Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8886

*Attorneys for Plaintiff-Appellant*

1. Plaintiff-Appellant CSX Transportation, Inc. (CSXT) respectfully moves to amend the case caption, to correct Defendant-Appellee's name from Norfolk & Portsmouth Belt Line Rail*way* Company to Norfolk & Portsmouth Belt Line Rail*road* Company (NPBL).

2. In CSXT's original Complaint, NPBL was correctly identified as Norfolk & Portsmouth Belt Line Rail*road* Company. *See* Dkt. 1, at 1. It appears that NPBL's name was incorrectly entered into the district court docket as Norfolk & Portsmouth Belt Line Rail*way* Company. That error has been repeated in the Fourth Circuit docket. CSXT therefore seeks to have the error corrected, and for the docket to be updated to reflect NPBL's name as Norfolk & Portsmouth Belt Line Railroad Company.

3. Defendants-Appellees Norfolk Southern Railway Company and Norfolk & Portsmouth Belt Line Railroad Company consent to the relief requested in this motion.

## CONCLUSION

The Court should grant the unopposed motion and update the docket to reflect NPBL's name as Norfolk & Portsmouth Belt Line Railroad Company.

Dated: August 31, 2023                    Respectfully submitted,

 

/s/ *Charles A. Rothfeld*

| | |
|---|---|
| Benjamin L. Hatch | Charles A. Rothfeld |
| Robert W. McFarland | Evan M. Tager |
| McGuire Woods, LLP | Carmen N. Longoria-Green |
| 101 W. Main Street, Ste. 9000 | MAYER BROWN LLP |
| Norfolk, VA 23510 | 1999 K Street, N.W. |
| Telephone: (757) 640-3700 | Washington, DC 20006 |
| | Telephone: (202) 263-3000 |
| | crothfeld@mayerbrown.com |

Michael A. Scodro
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8886

*Attorneys for Plaintiff-Appellant*

3

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this motion:

(i) complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 160 words, excluding the parts exempted by Rule 32(f); and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared using Microsoft Office Word 2016 and is set in Century Schoolbook font in a size equivalent to 14 points or larger.

Dated: August 31, 2023            /s/ *Charles A. Rothfeld*
                                  Charles A. Rothfeld

## CERTIFICATE OF SERVICE

I certify that on this 31st day of August, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ *Charles A. Rothfeld*
Charles A. Rothfeld
