# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 1, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.    23-1537,    <u>CSX Transportation, Incorporated v. Norfolk Southern Railway Company</u>
2:18-cv-00530-MSD-RJK

TO:    CSX Transportation, Incorporated

FILING CORRECTION DUE:  September 6, 2023

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using the **FRAP 30(c) PAGE-PROOF OPENING BRIEF** entry.

Naeemah R. Sims, Deputy Clerk
804-916-2704