No. 23-1537

In the

# United States Court of Appeals
## for the Fourth Circuit

CSX TRANSPORTATION, INC.,

*Plaintiff-Appellant*,

v.

NORFOLK SOUTHERN RAILWAY CO. AND
NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 2:18-cv-00530-MSD-RJK
Hon. Mark S. Davis, *United States District Judge*

**UNOPPOSED MOTION OF NORFOLK SOUTHERN RAILWAY CO.
TO EXTEND TIME TO FILE RESPONSE BRIEF**

Alan Durrum Wingfield
Michael Edward Lacy
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
P.O. Box 1122
Richmond, VA 23218

John Curtis Lynch
Megan Burns
Kathleen Michelle Knudsen
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462

Shay Dvoretzky
 *Counsel of Record*
Parker Rider-Longmaid
Hanaa Khan
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee Norfolk Southern Railway Co.*

## UNOPPOSED MOTION OF NORFOLK SOUTHERN RAILWAY CO. TO EXTEND TIME TO FILE RESPONSE BRIEF

Defendant-Appellee Norfolk Southern Railway Co. respectfully requests a 30-day extension of the deadline to file its response brief up to and including Wednesday, November 1, 2023. *See* Fed. R. App. P. 26(a), (b), 27; Local Rule 31(c); ECF No. 31. Norfolk Southern's response brief is currently due October 2, 2023, and this is Norfolk Southern's first extension request. Counsel for Norfolk Southern has conferred with counsel for Plaintiff-Appellant CSX Transportation, Inc., and counsel for Defendant-Appellee Norfolk & Portsmouth Belt Line Railroad Co. (Belt Line). Neither party opposes the requested extension.

Three reasons supply good cause for the requested extension.

*First*, lead appellate counsel is new to this case, which involves a voluminous record developed over five years with over 600 district court docket entries. Additional time will allow Norfolk Southern to best present the issues for the Court's consideration.

*Second*, and relatedly, Norfolk Southern's counsel have been addressing and must continue to address several competing deadlines extending from early August into October that will make it difficult for counsel to meet

- 2 -

the current briefing deadline in this case. Between now and October 2, the day Norfolk Southern's brief is currently due, counsel must dedicate time to the following deadlines, most of which were set before this Court set the current deadline on July 21, 2023, ECF No. 27:

- August 4, 2023: petition for rehearing and rehearing en banc in *Love v. Vanihel*, No. 21-2406 (7th Cir.) (preexisting deadline, on an extension);

- August 9, 2023: certiorari-stage reply brief in *Verdun, et al. v. City of San Diego, et. al.*, No. 22-943 (U.S.) (preexisting deadline);

- August 23, 2023: merits-stage reply brief due in *Pulsifer v. United States*, No. 22-340 (U.S.) (preexisting deadline, on an extension);

- August 23, 2023: supplemental response brief due in *Norman v. Trans Union LLC*, No. 23-8021 (3d Cir.) (14-day deadline set by Third Circuit on August 9, 2023);

- August 28, 2023: reply in support of motion for stay pending appeal of the contempt order in *Carter v. Transport Workers Union of America, Local 556*, No. 3:17-cv-2278-X (N.D. Tex.), *on appeal*, No. 23-10836 (5th Cir.);

- September 13, 2023: merits-stage reply brief due in *Culley v. Marshall*, No. 22-585 (U.S.) (preexisting deadline, on an extension);

- September 20, 2023: reply brief due in *Vicente Borja, et al. v. Scott Nago, et al.*, No. 22-16742 (9th Cir.) (on an extension from a preexisting deadline of August 21, 2023);

- September 20, 2023: certiorari-stage brief in opposition due in *Klamath Irrigation District v. United States*, No. 22-1116 (U.S.) (on a second extension);

- September 22, 2023: supplemental reply brief due in *Reed v. Goertz*, No. 19-70022 (5th Cir.) (permission to file supplemental briefs granted May 23, 2023);

- September 25, 2023: opening brief and joint appendix due in *United States v. Johnson*, No. 23-4255 (4th Cir.) (on an extension from a preexisting deadline of August 10, 2023);

- September 25, 2023: return and brief in opposition to an order to show cause due in *Jamison v. Superior Court of Los Angeles County*, No. B330073 (Cal. Ct. App.); and

- October 2, 2023: oral argument in *Pulsifer*, No. 22-340 (U.S.).

Norfolk Southern's counsel has already obtained extensions, as practicable, in the matters listed above, and the Supreme Court set the date for oral argument in *Pulsifer*.

*Finally*, undersigned counsel has communicated with counsel for CSX and Belt Line and shared a copy of this motion. Neither party opposes the requested extension.

For the foregoing reasons, Norfolk Southern respectfully requests that the Court extend the deadline to file its opening brief by 30 days, up to and including November 1, 2023.

Dated: September 6, 2023

Alan Durrum Wingfield
Michael Edward Lacy
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
P.O. Box 1122
Richmond, VA 23218

John Curtis Lynch
Megan Burns
Kathleen Michelle Knudsen
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462

Respectfully submitted,

*/s/Shay Dvoretzky*

Shay Dvoretzky
 *Counsel of Record*
Parker Rider-Longmaid
Hanaa Khan
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee Norfolk Southern Railway Co.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Circuit Rule 25(f), I hereby certify that on September 6, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the CM/ECF system will accomplish service.

Dated: September 6, 2023                    Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee*
 *Norfolk Southern Railway Co.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 605 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: September 6, 2023         Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee
 Norfolk Southern Railway Co.*