FILED: September 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1537
(2:18-cv-00530-MSD-RJK)

_____

CSX TRANSPORTATION, INC., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company

       Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY

       Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof response brief & service of additional designations due: 11/01/2023

Joint appendix due: 11/15/2023

Opening brief, response brief, and any reply brief in final form due: 11/27/2023

Any further request for an extension of time in which to file the page-proof

response brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk