No. 23-1537

In the

# United States Court of Appeals
## for the Fourth Circuit

CSX TRANSPORTATION, INC.,

*Plaintiff-Appellant*,

v.

NORFOLK SOUTHERN RAILWAY CO. AND
NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 2:18-cv-00530-MSD-RJK
Hon. Mark S. Davis, *United States District Judge*

**MOTION FOR HANAA KHAN TO WITHDRAW
AS COUNSEL FOR NORFOLK SOUTHERN RAILWAY CO.**

| | |
|---|---|
| Alan Durrum Wingfield | Shay Dvoretzky |
| Michael Edward Lacy | *Counsel of Record* |
| TROUTMAN PEPPER HAMILTON | Parker Rider-Longmaid |
|  SANDERS LLP | Hanaa Khan |
| P.O. Box 1122 | SKADDEN, ARPS, SLATE, |
| Richmond, VA 23218 |  MEAGHER & FLOM LLP |
| | 1440 New York Ave., NW |
| John Curtis Lynch | Washington, DC 20005 |
| Megan Burns | Telephone: 202-371-7000 |
| Kathleen Michelle Knudsen | shay.dvoretzky@skadden.com |
| TROUTMAN PEPPER HAMILTON | |
|  SANDERS LLP | |
| 222 Central Park Ave., Ste. 2000 | |
| Virginia Beach, VA 23462 | |

*Counsel for Defendant-Appellee Norfolk Southern Railway Co.*

Hanaa Khan hereby moves to withdraw as counsel for Defendant-Appellee Norfolk Southern Railway Co. in this matter. Hanaa Khan is departing Skadden, Arps, Slate, Meagher & Flom LLP to begin employment as a judicial law clerk. The other undersigned counsel will continue to represent Norfolk Southern in this matter. Accordingly, Hanaa Khan respectfully requests that this Court grant her leave to withdraw as counsel.

Dated: September 7, 2023

Respectfully submitted,

/s/ Hanaa Khan

Alan Durrum Wingfield
Michael Edward Lacy
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
P.O. Box 1122
Richmond, VA 23218

John Curtis Lynch
Megan Burns
Kathleen Michelle Knudsen
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee Norfolk Southern Railway Co.*

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Circuit Rule 25(f), I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the CM/ECF system will accomplish service.

Dated: September 7, 2023             Respectfully submitted,

*/s/ Hanaa Khan*
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
hanaa.khan@skadden.com

*Counsel for Defendant-Appellee*
 *Norfolk Southern Railway Co.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 64 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: September 7, 2023          Respectfully submitted,

*/s/ Hanaa Khan*
Hanaa Khan
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
hanaa.khan@skadden.com

*Counsel for Defendant-Appellee*
  *Norfolk Southern Railway Co.*