No. 23-1537

## In the
## United States Court of Appeals
### for the Fourth Circuit

CSX TRANSPORTATION, INC.,

*Plaintiff-Appellant*,

v.

NORFOLK SOUTHERN RAILWAY CO. AND
NORFOLK & PORTSMOUTH BELT LINE RAILROAD CO.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 2:18-cv-00530-MSD-RJK
Hon. Mark S. Davis, *United States District Judge*

**UNOPPOSED MOTION OF NORFOLK SOUTHERN RAILWAY CO.
TO EXTEND TIME TO FILE RESPONSE BRIEF**

Alan Durrum Wingfield
Michael Edward Lacy
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
P.O. Box 1122
Richmond, VA 23218

John Curtis Lynch
Megan Burns
Kathleen Michelle Knudsen
TROUTMAN PEPPER HAMILTON
 SANDERS LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462

Shay Dvoretzky
 *Counsel of Record*
Parker Rider-Longmaid
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee Norfolk Southern Railway Co.*

## UNOPPOSED MOTION OF NORFOLK SOUTHERN RAILWAY CO. TO EXTEND TIME TO FILE RESPONSE BRIEF

Defendant-Appellee Norfolk Southern Railway Co. respectfully requests a 21-day extension of the deadline to file the response brief, up to and including Wednesday, November 22, 2023. *See* Fed. R. App. P. 26(a), (b), 27; Local Rule 31(c); ECF Nos. 31, 37. The response brief is currently due November 1, 2023. On September 6, 2023, the Court granted Norfolk Southern's unopposed request for a 30-day extension. *See* ECF No. 38. This is Norfolk Southern's second extension request, and the total time Norfolk Southern seeks is the same amount of time the Court granted Plaintiff-Appellant CSX Transportation, Inc., on CSX's two requests. Counsel for Norfolk Southern has conferred with counsel for CSX and counsel for Defendant-Appellee Norfolk & Portsmouth Belt Line Railroad Co. (Belt Line). Neither party opposes the requested extension.

Three reasons supply good cause for the requested extension.

*First*, this case involves a voluminous record developed over five years with over 600 district court docket entries. Additional time will allow Norfolk Southern's appellate lawyers to best review those case materials and present the issues in the way most helpful for the Court's consideration.

*Second*, Norfolk Southern's counsel have been addressing and must continue to address the continuing heavy press of business, with several competing deadlines extending from when CSX filed its brief on August 31, 2023, through the new requested deadline in November. Counsel have had to dedicate time to the following deadlines, including Supreme Court oral arguments at both the beginning and end of October. As noted, most of these deadlines were set before this Court set the current deadline on September 6, 2023, ECF No. 38, based on extensions counsel sought and obtained where practicable:

- September 6, 2023: motion to stay contempt order pending appeal filed in *Carter v. Southwest Airlines Co.*, No. 23-10836 (5th Cir.);

- September 13, 2023: merits-stage reply brief filed in *Culley v. Marshall*, No. 22-285 (U.S.) (on extended briefing schedule);

- September 20, 2023: reply brief filed in *Vicente Borja, et al. v. Scott Nago, et al.*, No. 22-16742 (9th Cir.) (on an extension);

- September 22, 2023: reply brief in support of motion to stay contempt order filed in *Carter*, No. 23-10836 (5th Cir.);

- September 25, 2023: return and brief in opposition to an order to show cause filed in *Jamison v. Superior Court of Los Angeles County*, No. B330073 (Cal. Ct. App.);

- September 27, 2023: certiorari-stage brief in opposition filed in *Klamath Irrigation District v. United States*, No. 22-1116 (U.S.) (on three extensions);

- October 2, 2023: delivered oral argument in *Pulsifer v. United States*, No. 22-340 (U.S.);

- October 12, 2023: opening brief and record excerpts filed in consolidated cases *Carter v. Transport Workers Union of America Local 556*, Nos. 23-10008 and 23-10536 (5th Cir.) and *Carter v. Southwest Airlines Co.*, No. 23-10836 (5th Cir.) (on an extension);

- October 23, 2023: supplemental reply brief due in *Reed v. Goertz*, No. 19-70022 (5th Cir.);

- October 26, 2023: cert petition due in *Reed v. Goertz*, No. 23A236 (U.S.) (request to extend deadline to November 25 pending);

- October 30, 2023: oral argument scheduled in *Culley v. Marshall*, No. 22-585 (U.S.);

- October 30, 2023: cert petition due in *Norfolk Southern Railway Co. v. STB, et al.*, No. 23A226 (U.S.) (on an extension; request to extend deadline to November 30 pending);

- November 6, 2023: opening brief and joint appendix due in *United States v. Johnson*, No. 23-4255 (4th Cir.) (on two extensions);

- November 7, 2023: oral argument in *Philadelphia Energy Solutions Refining & Marketing, LLC v. United States*, No. 22-1834 (Fed. Cir.);

- November 13, 2023: opening brief due in *Jamison v. Korn Ferry*, No. B328257 (Cal. Ct. App.);

- November 13, 2023: cert petition due in *Ravenell v. United States*, No. 23A212 (U.S.) (on an extension); and

- November 30, 2023: opening brief due in *Johnson v. Gentry*, No. 23-2124 (9th Cir.) (on an extension).

Norfolk Southern's counsel has already obtained extensions, as practicable, in the matters listed above; the Supreme Court set the dates for oral argument in *Pulsifer* and *Culley*; and the Federal Circuit set the date for oral argument in *Philadelphia Energy Solutions*.

*Third,* granting this motion would give Norfolk Southern and CSX commensurate amounts of time to file their briefs. CSX sought and received 51 total days in two extension requests. *See* Doc. 24 (CSX motion requesting 30-day extension); Doc. 25 (order granting CSX 30-day extension); Doc. 26 (CSX motion requesting additional 21-day extension); Doc. 27 (order granting CSX additional 21-day extension). The Court has granted Norfolk Southern one 30-day extension, *see* Docs. 37, 38, and now Norfolk Southern requests a commensurate additional 21-day extension given the continuing heavy press of business.

*Finally*, undersigned counsel has communicated with counsel for CSX and Belt Line and shared a copy of this motion. Neither party opposes the requested extension.

For the foregoing reasons, Norfolk Southern respectfully requests that the Court extend the deadline to file its opening brief by 21 days, up to and including November 22, 2023.

Dated: October 16, 2023                      Respectfully submitted,

                                             /s/Shay Dvoretzky

Alan Durrum Wingfield                        Shay Dvoretzky
Michael Edward Lacy                            *Counsel of Record*
TROUTMAN PEPPER HAMILTON                     Parker Rider-Longmaid
  SANDERS LLP                                SKADDEN, ARPS, SLATE,
P.O. Box 1122                                  MEAGHER & FLOM LLP
Richmond, VA 23218                           1440 New York Ave., NW
                                             Washington, DC 20005
John Curtis Lynch                            Telephone: 202-371-7000
Megan Burns                                  shay.dvoretzky@skadden.com
Kathleen Michelle Knudsen
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462

*Counsel for Defendant-Appellee Norfolk Southern Railway Co.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Circuit Rule 25(f), I hereby certify that on October 16, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the CM/ECF system will accomplish service.

Dated: October 16, 2023        Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Defendant-Appellee*
 *Norfolk Southern Railway Co.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 832 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.


Dated: October 16, 2023                    Respectfully submitted,

                                           */s/ Shay Dvoretzky*
                                           Shay Dvoretzky
                                           SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                           1440 New York Ave., NW
                                           Washington, DC 20005
                                           202-371-7000
                                           shay.dvoretzky@skadden.com

                                           *Counsel for Defendant-Appellee*
                                           *  Norfolk Southern Railway Co.*