# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 27, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-1537,   <u>CSX Transportation, Incorporated v. Norfolk Southern Railway Company</u>
2:18-cv-00530-MSD-RJK

TO:   Norfolk Southern Railway Company
Norfolk & Portsmouth Belt Line Railroad Company

FILING CORRECTION DUE:  November 28, 2023

Please make the correction identified below and file a corrected document by the date indicated.

[ x ] Incorrect event used. Please refile document using **Rule 30(c) page-proof response brief** entry.

Anisha Walker, Deputy Clerk
804-916-2704