UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __23-1537__    Caption: CSX Transp. Inc. v. Norfolk Southern Railway Co.

Appellant
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed appendix

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Order (Apr. 21, 2021), ECF No. 319; Order (May 12, 2021), ECF No. 370; Order (Oct. 31, 2022), ECF No. 483

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Materials must remain sealed until further order of the court; parties, but not the public, may access sealed material.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

## CERTIFICATE OF SERVICE

I certify that on  12/6/2023  the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served. <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

VIA EMAIL
Shay Dvoretsky
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
shay.dvoretsky@skadden.com

VIA Email
James Long Chapman, IV
CRENSHAW WARE & MARTIN, PLC
150 West Maine St., Ste. 1500
Norfolk, VA 23510
jchapman@cwm-law.com

/s Charles A. Rothfeld
Signature

12/06/23
Date