FILED: December 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1537
(2:18-cv-00530-MSD-RJK)

_____

CSX TRANSPORTATION, INC., individually and on behalf of Norfolk & Portsmouth Belt Line Railroad Company

      Plaintiff - Appellant

v.

NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK & PORTSMOUTH BELT LINE RAILROAD COMPANY

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number II under seal.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk