**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 19, 2023

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.    23-1537,        <u>CSX Transportation, Incorporated v. Norfolk Southern
Railway Company</u>
2:18-cv-00530-MSD-RJK

TO:    CSX Transportation, Incorporated
Norfolk Southern Railway Company
Norfolk & Portsmouth Belt Line Railroad Company

RESPONSE DUE: 12/27/2023

Response is required to the notice requesting information regarding similar cases
on or before 12/27/2023. Please use the following form to submit response:
**Disclosure - Similar Issues**, using the event: <u>RESPONSE/ANSWER (to Similar
Case notice)</u>.

Anisha Walker, Deputy Clerk
804-916-2704